IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERMAINE LEON KELLY,

        Appellant,

 v.

                              Case No.  5D23-727
                              LT Case Nos. 2022-30274-CICI
                                                 2005-035442-CFAES

STATE OF FLORIDA AND
DEPARTMENT OF CORRECTIONS,

        Appellees.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Jermaine Leon Kelly, Punta Gordo,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee, State of Florida.

No Appearance for Remaining Appellee.

PER CURIAM.

    AFFIRMED.


MAKAR, BOATWRIGHT and PRATT, JJ., concur.